IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LARRY B. JOHNSON  §
    PETITIONER,  §
    §
V.  §  NO. 3:21-CV-02926-C(BT)
    §
DIRECTOR, TDCJ-CID  §
    RESPONDENT.  §

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 12 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

3:21-CV-2926-C(BT)

## REQUEST TO TAKE JUDICIAL NOTICE OF DENIAL TO ACCESS TO COURTS

Comes now, Petitioner pro se Larry Johnson in the above case under 28 U.S.C § 2254 to request that this Honorable Court take judicial notice that he has been involuntarily transferred from Barry Telford Unit, and that in the process of this transfer, TDCJ officials, namely J. Hughes, the property officer, on 6/27/22 unlawfully confiscated ALL of Petitioner's active legal property; all mail, pleadings, exhibits, etc. pertaining to this cause. (See attached copy of grievance) It is impossible to engage in any probative litigation until Petitioner's property is returned to him.

## REQUEST FOR EXTENSION OF TIME TO COMMENCE WHEN PETITIONER'S PROPERTY IS RETURNED

Petitioner humbly requests that this Court grant him an extension of time to resume in the writ process upon the return of his illegally confiscated legal property. He has been on chain (transient status) since 6/27/22, today is 7/5/22 and he is locked in a segregation cell with no info on a final destination, no contact with family, and concern for his physical safety. TDCJ has a longstanding practice infamously called "Diesel Therapy" whereby an inmate is put on chain (diesel bus) then he's unable to litigate. Cases are then decided or dismissed without the Petitioner's input. Petitioner has filed a grievance (attached) in hopes of recovering his legal property soon. According to TDCJ officials, the chain process is under "New Rules" because of a recent prison break and murder of 5 civilians. Petitioner cannot say how these new rules apply to the confiscation of his legal property, nor why he is being held 24/7 in seg at Estelle Unit at this time.

Nevertheless, it usually takes 6 to 8 weeks, after an inmate is no longer transient, for any property to catch-up to him. Petitioner prays that this Honorable Court will consider the fact that these events, as well as the illegal confiscation of his property, are well beyond his control, and permit him to resume in the writ cause after his legal property is returned to him. As an alternative, this court may also order the TDCJ Director to return petitioner's property immediately (at an earlier date).

### Request for Order to Immediately Return Petitioner's Legal Property

Petitioner Johnson seeks an emergency order to compel the Director of TDCJ to immediately return his active legal property to him so that he may timely continue in his on-going writ process. The law is explicit in that the writ not be disturbed. Petitioner believes he has been intentionally targeted by the property officer, Ms. J. Hughes. Petitioner further believes that, if made aware, the Director of TDCJ would correct the unlawful actions of Ms. Hughes and expedite the return of his legal property.

Wherefore premises stated, Petitioner Johnson prays that this Honorable Court will grant him relief, in whole or in part as it sees fit.

Respectfully submitted,

/s/ Larry B. Johnson
Larry B. Johnson
Petitioner Pro Se

Signed this 5th day of July 2022

### Certificate of Service

Petitioner asks that this court provide a copy to Respondent as he has no writing supplies or postage to do so at this time.   /s/

2 of 2



Texas Department of Criminal Justice

# STEP 1

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: _____
Date Received: _____
Date Due: _____
Grievance Code: _____
Investigator ID #: _____
Extension Date: _____
Date Retd to Offender: _____

Offender Name: JOHNSON, LARRY          TDCJ # 01594379
Unit: ESTELLE UNIT       Housing Assignment: H-123
Unit where incident occurred: TELFORD UNIT

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? OFFICER J. HUGHES, PROPERTY OFFICER    When? MONDAY 6/27/22
What was their response? "IT'S ALREADY BOXED UP TO BE SHIPPED, YOU CAN'T HAVE IT."
What action was taken? NONE, I WAS CUFFED TO GO ON CHAIN.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

OFFICER J. HUGHES IS DENYING JOHNSON ACCESS TO COURTS IN VIOLATION OF CONST. LAW AND TDCJ RULES BY UNLAWFULLY CONFISCATING HIS LEGAL PROPERTY, THEN REFUSING TO RETURN HIS ACTIVE LEGAL PROPERTY UPON HIS REQUEST TO TAKE IT AS A CARRY-ON TO MEET CRITICAL DEADLINES IN HIS ON-GOING WRIT PROCESS. IN ADDITION TO ONE RED CARRY-ON BAG, INMATES ARE ALLOWED TO TAKE LEGAL PROPERTY IN A YELLOW CHAIN BAG. TDCJ RULES PROHIBIT MIXING NON-LEGAL PROPERTY WITH LEGAL. THE FOLLOWING FACTS CAN BE VERIFIED BY VIEWING CAMERAS IN 12 BLDG. ① SECTION A-3; ② THE HALLWAY; ③ THE PROPERTY ROOM; AND ④ THE FRONT ENTRANCE & THE SIDEWALK IN FRONT OF 12 BUILDING.

① ON 6/26/22 JOHNSON PACKED 9 RED CHAIN BAGS; 8 TO BE SHIPPED AND 1 CARRY-ON WITH HIS HYGIENE, APPLIANCES, AND VARIOUS NON-URGENT LEGAL AND MILITARY FILES. JOHNSON SEPARATELY PACKED HIS ACTIVE LEGAL PROPERTY: MAIL, PLEADINGS, SUPPLIES, TYPEWRITER & ACCESSORIES IN HIS YELLOW LEGAL CHAIN BAG - A TOTAL OF 10 BAGS. THE FLOOR BOSS TOOK 8 BAGS TO THE PROPERTY ROOM FOR SHIPPING.

② THE BOSS RETURNED SAYING THAT MS. HUGHES INSISTS ON HAVING JOHNSON'S TWO (2) CARRY-ON BAGS. JOHNSON COMPLIED. THE BOSS TOOK THEM TO PROPERTY BUT SHORTLY RETURNED WITH THE BAGS INSISTING THAT THE TYPEWRITER CANNOT BE TAKEN ONTO A CHAIN BUS.

③ ON 6/27/22 IT WAS AFTER 6AM, THE FLOOR BOSS IS WORKING OVER TIME AND ANXIOUS SINCE HUGHES MADE HIM RE-DO THE BAGS. HE HAD JOHNSON REMOVE THE TYPEWRITER. THE BOSS RE-PACKED JOHNSON'S YELLOW BAG WITH THE ACTIVE LEGAL FILES, PLUS THE VARIOUS NON-URGENT FILES FROM JOHNSON'S RED CARRY-ON. HE INSISTED THE YELLOW BAG HAD TO BE FILLED OR HUGHES WON'T LET JOHNSON TAKE IT. HE WAS AGGRESSIVE, IN A RUSH, AND STATED THERE ARE NEW RULES FOR CHAIN SINCE THE MAN ESCAPED.

④ ON 6/27/22 @ 8:30 AM Mr. HICKS TOLD JOHNSON TO STRIP DOWN TO HIS BOXERS FOR CHAIN. HE CONFIRMED THERE ARE "NEW RULES" FOR CHAIN. HE TOOK JOHNSON'S CLOTHES. JOHNSON PUT HIS SHOES, ID, GLASSES & MEDS IN A BAG (PAPER) AND WALKED TO THE FRONT STRIP-OUT AREA TO WAIT. AFTER STRIP SEARCH JOHNSON STEPPED OUTSIDE AND THE CHAIN BOSS CUFFED HIM TOGETHER WITH ANOTHER INMATE ON CHAIN.

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

July 5, 2022

c/o Clerk of the Court
U.S. District Court
Northern District of Texas
1100 Commerce St. Room 1452
Dallas, TX 75242-1310

RECEIVED
JUL 12 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Dear Clerk:

Please find enclosed, Petitioner's three (3) requests to the Court seeking ① Judicial Notice; ② Extension of Time; and ③ an Order for immediate return of Petitioner's legal property which has been illegally confiscated.

Petitioner apologizes for his lack of proper form and his inability to provide a copy of his pleading to the Respondent. He asks that you please forward a copy to Respondent and do not count this against Petitioner.

Attached is a copy of Petitioner's Step1 Grievance complaining about the illegal confiscation of his property. Please present these request to the Court. Thank you for your attention to this matter.

Respectfully Submitted,

Larry B. Johnson

Larry B. Johnson
TDCJ# 01594379
2234 Midbury Drive
Lancaster, Texas 75134

P.S. I am currently in transient, please send any mail to me at the temporary address of my sister above. Thank you



LARRY B. JOHNSON
# 01594579
TELFORD UNIT
3899 STATE HWY 98 SOUTH
NEW BOSTON, TX 75570

NORTH HOUSTON TX 773
6 JUL 2022 PM 1

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE ST. RM 1452
DALLAS, TEXAS 75242-1310

RECEIVED - 8
JUL 12 2022
MAILROOM

75242-131052

LEGAL MAIL

LEGAL MAIL